IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UBICOMM LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 13-873-RGA |
| | : | |
| CROCS INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

WHEREAS, Defendant filed a Motion to Dismiss (D.I. 13);

WHEREAS, Plaintiff has file a Response of Non-Opposition to the motion (D.I. 14);

NOW THEREFORE, the Motion to Dismiss (D.I. 13) is GRANTED.

12-30-13
Date

United States District Judge